# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

In re:

Larisa Ivanovna Markus,                                    19 **CIVIL** 10129 (AT)

        Debtor in a Foreign Proceeding.

-----------------------------------------------------------X

Larisa Ivanovna Markus,

        Appellant,                                 19 **CIVIL** 10363 (AT)

        -against-                            **<u>JUDGMENT</u>**


 Yuri Vladimirovich Rozhkov,

        Appellee.

-----------------------------------------------------------X

LM Realty 31B, LLC, LM Realty 27D, LLC, LM
Realty 24C, LLC, LM Realty 23H, LLC, LM
Realty 20A, LLC, LM Realty 18 West, LLC, The
Larisa Markus Revocable Trust, The Larmar
Foundation, Protax Services Inc., Protax
Consulting, Inc., Ilya Bykov, First Integrated
Construction, Inc., Innovative Construction
Group, Inc.,

        Appellant.

        -against-

Yuri Vladimirovich Rozhkov,

        Appellee.

-----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's

Order dated September 30, 2020, the October 2019 Order is AFFIRMED. The LM/Protax Entities' requests are

DENIED; accordingly, the case is closed.

**Dated:** New York, New York
      September 30, 2020

                                   **RUBY J. KRAJICK**
                               _____
                                   **Clerk of Court**

        **BY:**          K. mango
                                   _____
                                   **Deputy Clerk**